# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

3M INNOVATIVE PROPERTIES
COMPANY

Court File No. 06-CV-3540 ADM/AJB

and

CUNO Incorporated,

AFFIDAVIT OF
DAVID A. PRANGE

        Plaintiffs,

    vs.

PORTIONS FILED UNDER SEAL

THE CLOROX COMPANY, THE BRITA
PRODUCTS COMPANY, BRITA LP, SEARS
ROEBUCK & COMPANY,

and

PENTAIR FILTRATION, INC.,

        Defendants.

---

STATE OF MINNESOTA )
                    ) ss.
COUNTY OF HENNEPIN )

I, DAVID A. PRANGE, being first duly sworn upon oath, states:

1.     Attached hereto as Exhibit 1 is a true and correct copy of the file wrapper for issued U.S. Patent No. 6,027,644, as produced by Plaintiffs.

2.     Attached hereto as Exhibit 2 is a true and correct copy of issued U.S. Patent No. 5,486,288.

3.     Attached hereto as Exhibit 3 is a true and correct copy of issued U.S. Patent No. 5,548,893.

4.     Attached hereto as Exhibit 4 is a true and correct copy of the file wrapper for issued U.S. Patent No. 6,193,884, as produced by Plaintiffs.

5.     Attached hereto as Exhibit 5 is a physical sample of the GERF-100 water filter cartridge, **filed conventionally.**

6.     Attached hereto as Exhibit 6 is a physical sample of a water cartridge filter, **filed conventionally and under seal.**

7.     Attached hereto as Exhibit 7 is a true and correct copy of issued U.S. Patent No. 6,027,644.

8.     Attached hereto as Exhibit 8 is a true and correct copy of issued U.S. Patent No. 6,193,884.

9.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Derek Rowley, deposed March 21, 2007, **filed under seal.**

10.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Eric Schuetzler, deposed May 18, 2007, **filed under seal.**

11.     Attached hereto as Exhibit 11 is a true and correct copy of issued U.S. Patent No. 4,735,716.

12.     Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from Webster's Third New International Dictionary (1993).

13.     Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from American Heritage Dictionary (3d ed. 1992).

14.     Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from Webster's Ninth New Collegiate Dictionary (1991).

15.     Attached hereto as Exhibit 15 is a true and correct copy of *Amesbury Group, Inc. v. Caldwell Manufacturing Co.*, No. 05-10020-DPW, 2006 WL 3196747 (D. Mass. Nov. 2, 2006).

16.     Attached hereto as Exhibit 16 is a true and correct copy of *Gummow v. Splined Tools Corp.*, No. 3-03-CV-1428-L, 2004 WL 893436 (N.D. Tex. Apr. 26, 2004).

17.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Plaintiffs' Supplemental Claim Chart, **filed under seal.**

18.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Defendants' Claim Chart, **filed under seal**.

FURTHER, YOUR AFFIANT SAYETH NOT.

s/David A. Prange
David A. Prange

Subscribed and sworn to before me
this 13th day of June, 2007.

s:/ Kathleen Peterson
Notary Public – Minnesota
My Commission Expires Jan. 31, 2010

3