# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR DECLARATION OF COURTNEY NELSON WILLS IN SUPPORT OF 3M'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

3M INNOVATIVE PROPERTIES COMPANY, and CUNO INCORPORATED,

　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case Number: 0:06-cv-3540 ADM/AJB

CLOROX COMPANY, BRITA PRODUCTS COMPANY, BRITA LP, SEARS ROEBUCK & COMPANY, and PENTAIR FILTRATION, INC.

　　　　　Defendants.

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

**DECLARATION OF COURTNEY NELSON WILLS IN SUPPORT OF 3M'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Doc. No. of Amended Protective Order: 44)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).