# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR
Defendants' Reply Memorandum of Law
in Support of Its' Motion for Summary
Judgment of Noninfringement**

3M Innovative Properties Company and
CUNO Incorporated

Plaintiffs

v.                                                              Case Number: 06-3540 ADM/AJB

The Clorox Company, The Brita Products
Company, Brita LP, Sears Roebuck &
Company, and Pentair Filtration, Inc.

Defendants

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Defendants' Reply Memorandum of Law in Support of Its' Motion for Summary Judgment of Noninfringement**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )
___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)
___ Physical Object (description):
___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
_X_ Item Under Seal pursuant to a court order*    (Document number of protective order: #44)
___ Item Under Seal pursuant to the Judicial Conference Privacy Policy
___ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).