**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY | Court File No. 06-CV-3540 ADM/AJB |
| and | |
| CUNO Incorporated, | SUPPLEMENTAL AFFIDAVIT OF DAVID A. PRANGE |
| Plaintiffs, | |
| vs. | PORTIONS FILED UNDER SEAL |
| THE CLOROX COMPANY, THE BRITA PRODUCTS COMPANY, BRITA LP, SEARS ROEBUCK & COMPANY, | |
| and | |
| PENTAIR FILTRATION, INC., | |
| Defendants. | |

---

STATE OF MINNESOTA )
                          ) ss.
COUNTY OF HENNEPIN )

       I, DAVID A. PRANGE, being first duly sworn upon oath, states:

       1.      Attached hereto as Exhibit 19 is a true and correct copy of an excerpt from Webster's Third New International Dictionary (1976).

       2.      Attached hereto as Exhibit 20 is a true and correct copy of an excerpt from The American Heritage Dictionary of the English Language (3d 1992).

       3.      Attached hereto as Exhibit 21 is a true and correct copy of an excerpt from Webster's Ninth New Collegiate Dictionary (1990).

4. Attached hereto as Exhibit 22 are true and correct copies of photographs produced by Plaintiffs, Bates Nos. 3M0024255-57, 3M0024304, 3M0024351, 3M0024381, 3M0024396, 3M0024402-03, 3M0024407, **filed under seal.**

5. Attached hereto as Exhibit 23 is a true and correct copy of *Biovail Laboratories, Inc. v. Anchen Pharmacueticals, Inc.*, 04-1468-JVS(RCx), 2006 U.S. Dist LEXIS 3796 (C.D. Cal. Feb. 8, 2006).

6. Attached hereto as Exhibit 24 is a true and correct copy of *Gammino v. Southwestern Bell Telephone LP*, 3:05-CV-0850-K, 2007 WL 891269 (N.D. Tex. Mar. 23, 2007).

7. Attached hereto as Exhibit 25 is a true and correct copy of *Digital Angel Corp. v. Datamars, Inc.*, 04-4544 ADMJSM, 2006 WL 1425465 (D. Minn. May 22, 2006).

8. Attached hereto as Exhibit 26 is a true and correct copy of *ADC Telecomunications, Inc. v. Switchcraft, Inc.*, 04-1590ADMJSM, 2005 WL 2206115 (D. Minn. Sept. 9, 2005).

9. Attached hereto as Exhibit 27 is a true and correct copy of Deposition Exhibit 3 from the deposition of Richard R. Sinur, deposed June 29, 2007, **filed under seal**.

///

///

3

///

FURTHER, YOUR AFFIANT SAYETH NOT.

s/David A. Prange<br>David A. Prange

Subscribed and sworn to before me
this 2nd day of August, 2007.

 s:/  Kathleen Peterson
Notary Public – Minnesota
My Commission Expires Jan. 31, 2010